IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASKEL PEAK, | ) |
| Petitioner, | ) Case No. 1:12-cv-94-SJM-SPB |
| v. | ) |
| BOBBY L. MEEKS, | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on April 4, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on September 18, 2012 [14], recommends that the instant petition for writ of habeas corpus be dismissed with prejudice for lack of subject matter jurisdiction. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. His objections [15] were filed on October 4, 2012. After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 5th Day of October, 2012;

IT IS ORDERED that the Petition for Writ of Habeas Corpus shall be, and hereby is, DISMISSED with prejudice for lack of subject matter jurisdiction.

The Report and Recommendation of Magistrate Judge Baxter, filed on September 18, 2012 [14], is adopted as the opinion of the Court.

                                    s/   <u>Sean J. McLaughlin</u>
                                    SEAN J. McLAUGHLIN
                                    United States District Judge

cm:   All parties of record
       U.S. Magistrate Judge Susan Paradise Baxter